SCWC-16-0000728

IN THE SUPREME COURT OF THE STATE OF HAWAI‘I

---

IN THE MATTER OF THE APPLICATION OF JOHN FRANCIS BOWLER
and AUGUST AHRENS LIMITED, GUARDIAN TRUST COMPANY LIMITED,
ELIZABETH K. BOOTH AND OTHERS AND MAGOON ESTATE LIMITED
to register and confirm title to land situate at Kalia, Waikiki,
City and County of Honolulu, State of Hawai‘i,
HISAKO KOIWA, Petitioner/Petitioner-Appellant,

vs.

CHRISTIANA TRUST, A DIVISION OF WILMINGTON SAVINGS
FUND SOCIETY, FSB, not in its individual capacity but
as trustee of ARLP TRUST 3, a Delaware statutory trust,
Respondent/Respondent-Appellee.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-16-0000728; CASE NO. 1 L.D. 15-1-3762)
(APP. NOS. 537, 570, 830, 1293)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner/Petitioner-Appellant Hisako Koiwa's

Application for Writ of Certiorari, filed on January 8, 2019, is

hereby rejected.

DATED: Honolulu, Hawai‘i, February 26, 2019.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

